1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Vizcarra Barraza

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0729-POR |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **GABRIEL VIZCARRA BARRAZA**, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: March 12, 2008          /s/ *Candis Mitchell*
                               **CANDIS L. MITCHELL**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Vizcarra Barraza
                               Candis_Mitchell@fd.org

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 12, 2008            */s/ Candis Mitchell*
                                 **CANDIS L. MITCHELL**
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA  92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Candis_Mitchell@fd.org