FILED

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1037-BTM |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | |
| GABRIEL VIZCARRA BARRAZA, | ) | Title 18, U.S.C., Sec. 1544- Misuse of Passport (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 6, 2008, within the Southern District of California, defendant GABRIEL VIZCARRA BARRAZA, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Francisco Javier Torres, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: April 3, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:3/14/08