AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

GABRIEL VIZCARRA BARRAZA

CASE NUMBER: 08CR1037-BTM

I, __GABRIEL VIZCARRA BARRAZA__, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Apr 3 2008__ prosecution
                                                                                                                Date
by indictment and consent that the proceeding may be by information rather than by indictment.

_Gabriel Vizcarra_
GABRIEL VIZCARRA BARRAZA
Defendant

_Candis Mitchell_
CANDIS L. MITCHELL
Counsel for Defendant

Before _____
JUDICIAL OFFICER

WMC:lml:3/14/08